UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

CIVIL NO. 01-385 ADM/RLE

---

J-Berd Mechanical Contractors, Inc.,
a Minnesota corporation,

Plaintiff,

vs.

Fu San Machinery Co., Ltd., a foreign corporation, Sioux Chief Manufacturing Company, Inc., a foreign corporation, and Westburne Supply, Inc., a Delaware corporation,

Defendants.

CASE TYPE NO. 3
CONTRACT

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---

The parties above, through their respective attorneys, hereby stipulate and agree as follows:

1. Sioux Chief Manufacturing Company, Inc., and Westburne Supply, Inc., may be dismissed from the above-referenced lawsuit without prejudice.

2. It is stipulated and agreed that, as part of the consideration provided by Sioux Chief and Westburne for Plaintiff's agreement to dismiss without prejudice, Defendants Sioux Chief and Westburne have agreed to a limited waiver of statute of limitations defenses until resolution, by settlement or adjudication, of the claims asserted in this case. The waiver of statute of limitations defenses applies only to claims which have been, or may be asserted by J-Berd Mechanical Contractors, Inc. Furthermore, it is understood and agreed that the sole intent of this limited waiver is to allow for the assertion of claims against Sioux Chief and/or Westburne only as follows:

a. claims based upon conduct giving rise to independent liability of Sioux Chief and/or Westburne other than, and in addition to, any liability resulting from their conduct in

JAN 2 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 2 9 2002
DEPUTY CLERK

the distribution and sale of the subject parts; or

b. claims based upon the distribution and sale of the subject parts upon a showing that Fu San Machinery Co. Ltd. is uncollectible as contemplated by Minn. Stat. § 544.41.

Dated this ______ day of ________, 2002.

RINKE-NOONAN

By________________________
Roger C. Justin - 197270
Attorneys for Plaintiff
700 Wells Fargo Center
P.O. Box 1497
St. Cloud, MN 56302-1497
Telephone: 320-251-6700

RAJKOWSKI HANSMEIER LTD.

By________________________
Frederick L. Grunke - 3843X
Attorneys for Def. Sioux Chief
11 Seventh Avenue North
P.O. Box 1433
St. Cloud, Minnesota 56302
Telephone: (320) 251-1055

MEAGHER & GEER, PLLP

By________________________
Kenneth W. Dodge - 2319X
Attorneys for Def. Westburne
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-338-0661

ORDER FOR JUDGMENT

It has come to the attention of the Court that the Plaintiff has agreed to dismiss Sioux Chief Manufacturing Company, Inc. and Westburne Supply, Inc. from this case without prejudice. Accordingly, Sioux Chief and Westburne are dismissed without prejudice and without costs to any party.

Dated this 29th day of January, 2002.

BY THE COURT:

________________________
Judge Ann D. Montgomery