UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

CIVIL NO. 01-385 ADM/RLE

J-Berd Mechanical Contractors, Inc., a Minnesota corporation,

Plaintiff,

vs.

Fu San Machinery Co., Ltd., a foreign corporation,

Defendant.

CASE TYPE NO. 3
CONTRACT

STIPULATION OF DISMISSAL WITH PREJUDICE

The above-entitled matter having been fully, finally and completely compromised and settled between the parties.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective attorneys of record, that the same may be and hereby is dismissed with prejudice, including all crossclaims, counterclaims, and third party claims, and on the merits and without costs and disbursements to any party, and that any party hereto may forthwith, and without notice to any other party, apply to the Court pursuant to this Stipulation for an order directing that judgment of dismissal with prejudice be entered accordingly.

RINKE/NOONAN

By____________________
Roger C. Justin - 197270
Attorney for Plaintiff
700 Wells Fargo Center
P.O. Box 1497
St. Cloud, MN 56302-1497
Telephone: 320-251-6700

RAJKOWSKI HANSMEIER LTD.

By____________________ 7/3/02
Frederick L. Grunke - 3843X
Attorney for Defendant
11 Seventh Avenue North
P.O. Box 1433
St. Cloud, MN 56302
Telephone: 320-251-1055

FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________ 2002
DEPUTY CLERK________

ORDER FOR JUDGMENT

Pursuant to the foregoing Stipulation for Dismissal pursuant to Release,

IT IS ORDERED:

That judgment be entered dismissing all claims against Defendant FuSan with prejudice, including all crossclaims, counterclaims, and third-party claims, on the merits, and without costs or disbursements to any party.

Dated this 11th day of July, 2002.

Judge of the ~~Above Court~~ U.S. District Court.

JUDGMENT

Pursuant to the foregoing Order for Judgment

IT IS ADJUDGED

That all claims against Defendant FuSan are hereby dismissed with prejudice, including all crossclaims, counterclaims, and third-party claims, on the merits, and without costs or disbursements to any parties.

Dated this ___ day of __________, 2002.

______________________________
Clerk of U.S. District Court